28 So.2d 918

**Mrs. Theo RAY v. J. H. TERRY et al., Adm'rs.**

4 Div. 443.

Supreme Court of Alabama.
Feb. 5, 1947.

Martin & Jackson, of Dothan, for petitioner.

Alto V. Lee, III, of Dothan, opposed.

PER CURIAM.

Petition of Mrs. Theo Ray for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ray v. Terry et al., Adm'rs, 28 So.2d 916.

Petition dismissed, motion of petitioner.